[No. 6595–9–II.   Division Two.   January 3, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. MELBOURNE
E. BURNETT, *Appellant*.

Appeal from a judgment of the Superior Court for Mason
County, No. C–357, Gerry L. Alexander, J., entered Sep-

tember 21, 1982. *Reversed* and *remanded* by unpublished opinion per Petrie, J., concurred in by Worswick, C.J., and Hicks, J. Pro Tem.